# EXHIBIT A

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

Philadelphia County

| For Prothonotary Use Only: | TIME STAMP |
|---|---|
| Docket No: 260400526 | |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- [x] Complaint
- [ ] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

Lead Plaintiff's Name: Henrietta C. Wiggins

Lead Defendant's Name: Walmart, Inc.

**Are money damages requested?** [x] Yes [ ] No

Dollar Amount Requested: (check one) [ ] within arbitration limits [x] outside arbitration limits

**Is this a *Class Action Suit*?** [ ] Yes [x] No

**Is this an *MDJ Appeal*?** [ ] Yes [x] No

Name of Plaintiff/Appellant's Attorney: ______

[ ] **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your ***PRIMARY CASE.*** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [x] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [ ] Other:

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other:

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional:

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
- [ ] Other:

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other:

**CIVIL APPEALS**

Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
- [ ] Zoning Board
- [ ] Other:

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other:

*Updated 1/1/2011*

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
APRIL 2026 00526
E-Filing Number: 2604007223

| | |
|---|---|
| PLAINTIFF'S NAME<br>HENRIETTA C. WIGGINS | DEFENDANT'S NAME<br>WALMART, INC. |
| PLAINTIFF'S ADDRESS<br>123 CHESTNUT ST.<br>POTTSTOWN PA 19464 | DEFENDANT'S ADDRESS<br>1675 S. COLUMBUS BLVD.<br>PHILADELPHIA PA 19148 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |

TOTAL NUMBER OF PLAINTIFFS: 1

TOTAL NUMBER OF DEFENDANTS: 1

COMMENCEMENT OF ACTION
- [x] Complaint
- [ ] Writ of Summons
- [ ] Petition Action
- [ ] Transfer From Other Jurisdictions
- [ ] Notice of Appeal

AMOUNT IN CONTROVERSY
- [ ] $50,000.00 or less
- [x] More than $50,000.00

COURT PROGRAMS
- [ ] Arbitration
- [ ] Jury
- [x] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

CASE TYPE AND CODE
2S - PREMISES LIABILITY, SLIP/FALL

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
APR 03 2026
G. IMPERATO

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: HENRIETTA C WIGGINS

Papers may be served at the address set forth below.

| | |
|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>DANIEL E. KLEINER | ADDRESS<br>TWO PENN CENTER, SUITE 1204<br>15TH ST. AND JFK BLVD.<br>PHILADELPHIA PA 19102 |
| PHONE NUMBER<br>(215)567-6616 — FAX NUMBER<br>(215)561-6326 | |
| SUPREME COURT IDENTIFICATION NO.<br>43930 | E-MAIL ADDRESS<br>dkleiner45@gmail.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*DANIEL KLEINER* | DATE SUBMITTED<br>Friday, April 03, 2026, 09:06 am |

Docusign Envelope ID: BA95C4C2-AB4C-8219-820A-55C94DBD7903

Filed and Attested by the
Office of Judicial Records
03 APR 2026 09:04 am
IMPERATO

BY: Daniel E. Kleiner
Attorney ID No.: 43930
Metzger & Kleiner
1500 John F. Kennedy Boulevard
Suite 1204
Philadelphia, PA 19102
215.567.6616
Dkleiner45@gmail.com

**THIS IS NOT AN ARBITRATION MATTER**

AN ASSESSMENT OF DAMAGES HEARING IS REQUIRED

ATTORNEY FOR PLAINTIFF

---

| | | |
|---|---|---|
| HENRIETTA C. WIGGINS<br>123 CHESTNUT STREET<br>POTTSTOWN, PA 19464 | : | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| v. | : | |
| WALMART, INC.<br>1675 S. CHRISTOPHER COLUMBUS BLVD.<br>PHILADELPHIA, PA 19148 | : | __________ TERM<br>NO. |

**NOTICE TO DEFEND**

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the Complaint or for any other claim or relief required by the plaintiff. You may lose money or property or other rights important to you. | "Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias, de plazo al partir de la fecha de la demanda y la notification. Hace falta asentar una comparencia escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notification. Ademas, la corte pue decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted pueda perder dinero o sus propiedades us otros derechos importantes para usted. |
| YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. | LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. |
| PHILADELPHIA BAR ASSOCIATION<br>LAWYER REFERRAL and INFORMATION SERVICE<br>1101 Market St<br>Philadelphia, PA 19107<br>(215) 238-6333<br>TTY (215) 451-6197 | ASSOCIACION DE LICENDIADOS DE FILADELFIASERVICIO DE<br>REFENDIA E INFORMACION LEGAL<br>One Reading Center<br>Filadelfia, Pennsylvania 19107<br>Telefono: (215) 238-6333<br>TTY (215) 451-6197 |

1. Plaintiff, Henrietta Wiggins, is an adult individual who resides at the aforementioned address.

2. Defendant, Walmart, Inc. is a duly licensed corporation doing substantial business in the City and County of Philadelphia.

3. At all times material hereto, defendant owned, controlled and maintained a retail store located at 567 PA-100, Bechtelsville, Pennsylvania.

4. At all times material hereto, defendant acted by and through its agents, servants, and/or employees who were acting in the scope of their agency or employment.

5. On or about May 26, 2024, at approximately 10:00 a.m., plaintiff was a business invitee on defendant's property located at the aforementioned address, when suddenly and without warning, defendant's employees, who were moving a pallet, struck merchandise that was caused to fall on plaintiff, as a result of which plaintiff sustained serious injuries described more particularly below.

6. Defendant was careless and negligent in:

(a) Maintaining a condition on the premises which it knew or had reason to know presented an unreasonable risk of harm to the plaintiff;

(b) Failing to warn plaintiff of a dangerous condition;

(c) Failing to inspect and be aware of business invitees at or near the location where defendant's employees were working at the time of the incident;

(d) Failing to use due care under the circumstances, particularly with keeping a lookout for defendant's business invitees in general and plaintiff in particular.

7. By reason of the above-described occurrence, plaintiff sustained serious bodily injuries in and about the head, torso, and extremities, as well as mental distress, which injuries are

Docusign Envelope ID: BA95C4C2-AB4C-8219-820A-55C94DBD7903

or may be permanent. Further, plaintiff has been and may continue to be prevented from attending to plaintiff's usual activities, duties and occupations and has suffered and may continue to suffer a loss of earnings and earning capacity and plaintiff has incurred and may continue to incur various medical expenses in and about an effort to cure plaintiff of the aforesaid injuries.

8. As a result of the injuries hereinabove described, plaintiff was and will continue to be obliged to expend various sums of money for medicine and medical treatment in and about endeavoring to treat plaintiff of said injuries, all to plaintiff's great financial damage and loss.

WHEREFORE, plaintiff demands judgment against defendant in a sum in excess of Fifty Thousand Dollars ($50,000.00). The amount sued upon is in excess of that requiring submission to arbitration.

METZGER & KLEINER
BY:

Daniel E. Kleiner
Attorney For Plaintiff

Docusign Envelope ID: BA95C4C2-AB4C-8219-820A-55C94DBD7903

**VERIFICATION**

HENRIETTA C. WIGGINS hereby states that she is the plaintiff herein and that the facts set forth in the foregoing Complaint is true and correct to the best of her knowledge, information and belief, and are based upon information which she has furnished her counsel and on information which has been gathered by her counsel in the preparation of the lawsuit.

The language in the Complaint is that of counsel, not plaintiff. Plaintiff has read the Answer, and to the extent that it is based upon information which she has given her counsel, it is true and correct to the best of her knowledge, information and belief.

To the extent that the content of the Complaint is that of counsel, plaintiff has relied upon counsel in making this Verification. This Verification is subject to 18 Pa.C.S. Section 4904 which provides for certain penalties for making false statements.

Signed by:
Henrietta C. Wiggins
Henrietta C. Wiggins